|  |  |
|---|---|
|  | **FILED**<br>May 6, 2011<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br>DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-11-00134-JAM |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| MICHAEL CASPILLO, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL CASPILLO, Case No. CR.S-11-0134-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $130,000.00

___ Co-Signed Unsecured Appearance Bond

_X_  Secured Appearance Bond

_X_  (Other) Conditions as stated on the record.

_X_  (Other) Secured bond paperwork to be filed by 05/11/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 05-06-11 at 3:00 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge