JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-134 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| JUAN LOPEZ ALVARADO, et al., | ) |
| | ) Date: August 9, 2011 |
| Defendants. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Estanislao Garcia, Danny D. Brace, Jr., Esq., counsel for defendant Edward Michael Tulysewski, Michael L. Chastaine, Esq., counsel for defendant Michael Caspillo, Johnny L. Griffin, III, counsel for defendant Fred Pineda, John R. Manning, Esq., and counsel for defendant Jose Mario Medrano, Matthew McCrary Scoble, Esq., that the status conference presently set for June 21, 2011 be **continued to August 9, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from

1

PDF created with pdfFactory trial version www.pdffactory.com

the date of the parties' stipulation, June 16, 2011, to and including August 9, 2011. This is based on the complexity of the case, including over 5,000 pages of discovery as well as three discs of recorded phone calls, and the fact there are five co-defendants (a total of 13 Indicted). The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: June 16, 2011    /s/ Danny D. Brace, Jr.
DANNY D. BRACE, JR.
Attorney for Defendant
Estanislao Garcia

Dated: June 16, 2011    /s/ Michael L. Chastaine
MICHAEL L. CHASTAINE
Attorney for Defendant
Edward Michael Tulysewski

Dated: June 16, 2011    /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Michael Caspillo

Dated: June 16, 2011    /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Fred Pineda

Dated: June 16, 2011    /s/ Matthew McCrary Scoble
MATTHEW MCCRARY SCOBLE
Attorney for Defendant
Jose Mario Medrano


Dated: June 16, 2011    Benjamin B. Wagner
United States Attorney

by:    /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-134 JAM |
| Plaintiff, | |
| v. | ORDER TO CONTINUE STATUS CONFERNCE |
| JUAN LOPEZ ALVARADO, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the June 21, 2011 status conference be continued to August 9, 2011 at 9:30 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: 6/17/2011                              /s/ John A. Mendez
                                              John A. Mendez
                                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com