JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-11-134 JAM |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERENCE |
| | ) |
| JUAN LOPEZ ALVARADO, et al., | ) |
| | ) Date: September 20, 2011 |
| Defendants. | ) Time:  9:30 a.m. |
| | ) Judge:  Honorable John A. Mendez |
| | ) |
| | ) |
| | ) |

        IT IS HEREBY stipulated between the United States of America through its undersigned

counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for

defendant Estanislao Garcia, Danny D. Brace, Jr., Esq., counsel for defendant Edward Michael

Tulysewski, Michael L. Chastaine, Esq., counsel for defendant Michael Caspillo, Johnny L.

Griffin, III, counsel for defendant Fred Pineda, John R. Manning, Esq., and counsel for

defendant Jose Mario Medrano, Matthew McCrary Scoble, Esq., that the status conference

presently set for August 9, 2011 be **continued to September 20, 2011, at 9:30 a.m.,** thus

**vacating** the presently set status conference.

        Further, all of the parties, the United States of America and all of the defendants as stated

above, hereby agree and stipulate that the interests of justice served by granting this continuance

outweigh the best interests of the defendants and the public in a speedy trial and that time under

the Speedy Trial Act should be excluded under Title 18, United States Code Section

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 8, 2011, to and including September 20, 2011. This is based on the complexity of the case, including over 5,000 pages of discovery as well as three discs of recorded phone calls, and the fact there are five co-defendants (a total of 13 Indicted).  The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: August 8, 2011                                    /s/  Danny D. Brace, Jr.
                                                         DANNY D. BRACE, JR.
                                                         Attorney for Defendant
                                                         Estanislao Garcia

Dated: August 8, 2011                                    /s/  Michael L. Chastaine
                                                         MICHAEL L. CHASTAINE
                                                         Attorney for Defendant
                                                         Edward Michael Tulysewski

Dated: August 8, 2011                                    /s/  Johnny L. Griffin, III
                                                         JOHNNY L. GRIFFIN, III
                                                         Attorney for Defendant
                                                         Michael Caspillo

Dated: August 8, 2011                                    /s/  John R. Manning
                                                         JOHN R. MANNING
                                                         Attorney for Defendant
                                                         Fred Pineda

Dated: August 8, 2011                                    /s/  Matthew McCrary Scoble
                                                         MATTHEW MCCRARY SCOBLE
                                                         Attorney for Defendant
                                                         Jose Mario Medrano

Dated: August 8, 2011                                    Benjamin B. Wagner
                                                         United States Attorney

                                         by:    /s/ Michael M. Beckwith
                                                MICHAEL M. BECKWITH
                                                Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-11-134 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | ) ) | |
| JUAN LOPEZ ALVARADO, et al., | ) ) | |
| Defendants. | ) ) ) | |
| | ) ) | |

_____

GOOD CAUSE APPEARING, it is hereby ordered that the August 9, 2011 status
conference be continued to September 20, 2011 at 9:30 a.m.  I find that the ends of justice
warrant an exclusion of time and that the defendant's need for continuity of counsel and
reasonable time for effective preparation exceeds the public interest in a trial within 70 days.
THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. §
3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4
(preparation by defense counsel).
IT IS SO ORDERED.

Dated: 8/8/2011                                   /s/ John A. Mendez_____
                                                  John A. Mendez
                                                  United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com