
JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )   No. CR-S-11-134 JAM
                                    )
         Plaintiff,                 )
                                    )   STIPULATION AND
                                    )   ORDER CONTINUING STATUS
v.                                  )   CONFERENCE
                                    )
JUAN LOPEZ ALVARADO, et al.,        )
                                    )   Date: November 1, 2011
         Defendants.                )   Time:  9:30 a.m.
                                    )   Judge:  Honorable John A. Mendez
                                    )
                                    )

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Estanislao Garcia, Danny D. Brace, Jr., Esq., counsel for defendant Edward Michael Tulysewski, Michael L. Chastaine, Esq., counsel for defendant Michael Caspillo, Johnny L. Griffin, III, counsel for defendant Fred Pineda, John R. Manning, Esq., and counsel for defendant Jose Mario Medrano, Matthew McCrary Scoble, Esq., that the status conference presently set for September 20, 2011 be **continued to November 1, 2011, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the interests of justice served by granting this continuance outweigh the best interests of the defendants and the public in a speedy trial and that time under the Speedy Trial Act should be excluded under Title 18, United States Code Section

PDF created with pdfFactory trial version www.pdffactory.com

3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, September 15, 2011, to and including November 1, 2011. This is based on the complexity of the case, including over 5,000 pages of discovery as well as three discs of recorded phone calls, and the fact there are five co-defendants (a total of 13 Indicted). The defense requests more time to review the discovery and conduct investigation.

IT IS SO STIPULATED.

Dated: September 15, 2011                     /s/ Danny D. Brace, Jr.
                                              DANNY D. BRACE, JR.
                                              Attorney for Defendant
                                              Estanislao Garcia

Dated: September 15, 2011                     /s/ Michael L. Chastaine
                                              MICHAEL L. CHASTAINE
                                              Attorney for Defendant
                                              Edward Michael Tulysewski

Dated: September 15, 2011                     /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
                                              Attorney for Defendant
                                              Michael Caspillo

Dated: September 15, 2011                     /s/ John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Fred Pineda

Dated: September 15, 2011                     /s/ Matthew McCrary Scoble
                                              MATTHEW MCCRARY SCOBLE
                                              Attorney for Defendant
                                              Jose Mario Medrano

Dated: September 15, 2011                     Benjamin B. Wagner
                                              United States Attorney

                                        by:   /s/ Michael M. Beckwith
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

2

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-11-134 JAM |
|---|---|
| Plaintiff, | ) ORDER TO |
| v. | ) CONTINUE STATUS CONFERNCE |
| JUAN LOPEZ ALVARADO, et al., | ) |
| Defendants. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the September 20, 2011 status conference be continued to November 1, 2011 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated: September 16, 2011                    /s/ John A. Mendez
                                             John A. Mendez
                                             United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com