JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
FRED PINEDA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-134 JAM |
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERNCE |
| v. | |
| JUAN LOPEZ ALVARADO, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the March 13, 2012 status conference be continued to April 24, 2012 at 9:30 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (preparation by defense counsel).

IT IS SO ORDERED.

Dated:  March 9, 2012

/s/ John A. Mendez
_____
John A. Mendez
United States District Court Judge

1