HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL CASPILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CASPILLO,<br><br>Defendant. | No. Cr. S 11-134 JAM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable JOHN A. MENDEZ |

Defendant, MICHAEL CASPILLO, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On August 27, 2013 this Court sentenced Mr. Caspillo to a term of 81 months imprisonment;

3. His total offense level was 26, his criminal history category was III, and the resulting guideline range was 78 to 97 months. He received a sentence below the applicable range and the statutory mandatory minimum of 120 months pursuant to government motion;

Stipulation and Order Re: Sentence Reduction            1

4. The sentencing range applicable to Mr. Caspillo was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Caspillo's total offense level has been reduced from 26 to 25, and his amended guideline range is 70 to 87 months. A reduction comparable to the one he received initially produces a term of 47 months. *See* N. 4(b) to USSG § 1B1.10.

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Caspillo's term of imprisonment to 47 months.

Respectfully submitted,

Dated:  August 26, 2015                    Dated:   August 26, 2015

BENJAMIN B. WAGNER                         HEATHER E. WILLIAMS
United States Attorney                      Federal Defender


/s/   *Jason Hitt*                          /s/ *Hannah R. Labaree*
JASON HITT                                  HANNAH R. LABAREE
Assistant U.S. Attorney                     Assistant Federal Defender

Attorney for Plaintiff                      Attorney for Defendant
UNITED STATES OF AMERICA                    MICHAEL CASPILLO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Caspillo is entitled to the benefit Amendment 782, which reduces the total offense level from 26 to 25, resulting in an amended guideline range of 70 to 87 months. A reduction comparable to the one he received initially produces a term of 47 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in August 2013 is reduced to a term of 47 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Caspillo shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 26, 2015

                                          /s/ John A. Mendez_____
                                          United States District Court Judge