HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Sean_Riordan@fd.org

Attorney for Defendant
MICHAEL CASPILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL CASPILLO, <br><br> Defendant. | Case No. 2:11-cr-134 (7) JAM <br><br> REQUEST TO RECONVEY REAL PROPERTY; ORDER <br><br> Judge: Hon. John A. Mendez |

Defendant, by and through his undersigned counsel, Sean Riordan, hereby request the Court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to reconvey the property posted to secure Defendant's pre-trial release back to the property owner, Michael Caspillo.

Defendant, Michael Caspillo, was remanded into custody of the United States Marshal's Service on April 11, 2011 to a total term of 81 months. On August 28, 2015, the term of imprisonment was reduced to a term of 47 months pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. 269). Supervised release commenced on October 30, 2015.

The real property for Frederick Caspillo and Eunice Caspillo was reconveyed on January 17, 2013 (Dkt. 112).

The property is described as follows:

THE LAND REFERRED TO HERIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 26, as shown on the "Plat of Amended Edison Avenue Gardens", Recorded in Book 35 of Maps, Map No. 19, Records of said County.

APN: 266-0082-011-0000

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

Dated: December 2, 2016          */s/ Sean Riordan*
          SEAN RIORDAN
          Assistant Federal Defender
          Attorney for MICHAEL CASPILLO

## **ORDER**

The Court hereby grants the request to reconvey real property posted to secure Defendant's pre-trial release and authorize the Clerk of the United States District Court to reconvey real property to property owner Michael Caspillo. The property is described as follows:

> THE LAND REFERRED TO HERIN BELOW IS SITUATED IN THE CITY OF SACRAMENTO, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:
> Lot 26, as shown on the "Plat of Amended Edison Avenue Gardens", Recorded in Book 35 of Maps, Map No. 19, Records of said County.
>
> APN: 266-0082-011-0000

**IT SO ORDERED.**

Dated: December 2, 2016          /s/ John A. Mendez
          Hon. JOHN A. MENDEZ
          United States District Court Judge